UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| WILLIAM SHANE BRIGHT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Nos.   3:11-CR-141-TWP-CCS-1 |
| | ) | 3:16-CV-281-TWP |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>JUDGMENT ORDER</u>

For the reasons expressed in the accompanying memorandum opinion, it is **ORDERED** and **ADJUDGED** that Petitioner's supplemented § 2255 motion [Docs. 26, 30] is **DENIED** and **DISMISSED WITH PREJUDICE**. If Petitioner files a notice of appeal from this judgment, such notice of appeal will be treated as an application for a certificate of appealability, which is **DENIED** pursuant to 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b) because he has failed to make a substantial showing of the denial of a federal constitutional right. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24 that any such appeal from this judgment would be frivolous and not taken in good faith.

**ENTER:**

s/ Thomas W. Phillips
SENIOR UNITED STATES DISTRICT JUDGE